IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER, DANIEL FISCHER, on behalf of themselves and all those similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AVIVA LIFE AND ANNUITY COMPANY, INDIANAPOLIS LIFE INSURANCE COMPANY, LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES, DOES 1- 100,<br><br>        Defendants. | 2:10-cv-01693-GEB-EFB<br><br><u>ORDER</u> |

        This is a putative class action, which was removed from state court on July 1, 2010. The parties filed a Joint Status Report ("JSR") on November 15, 2010, in which they present different proposed schedules. Federal Rule of Civil Procedure ("Rule") 23(c)(1) prescribes the Court "must determine by order whether to certify the action as a class action" at "an early practicable time."

        Non-expert class certification discovery shall be completed by April 11, 2011. Expert class certification discovery shall be completed by September 12, 2011. In this context, "completed" means that all discovery concerning class certification shall have been conducted so that all depositions have been taken and any disputes relative to class

certification discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Plaintiffs' class certification expert(s) shall be disclosed under Rule 26(a)(2)(c)(i) on or before May 9, 2011. Defendants' class certification expert(s) shall be disclosed under Rule 26(a)(2)(c)(i) on or before July 11, 2011. Any class certification contradictory and/or rebuttal expert disclosures shall comply with Rule 26(a)(2)(c)(ii).

Plaintiffs' motion for class certification shall be filed no later than October 11, 2011, which shall be scheduled for hearing commencing at 9:00 a.m. on December 5, 2011. Defendants' opposition shall be filed no later than November 7, 2011, and Plaintiff's reply shall be filed no later than November 21, 2011.

Further, the Status (Pretrial Scheduling) Conference set for November 29, 2010, is continued to March 12, 2012, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: November 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge