STEVEN H. FRANKEL (State Bar No. 171919)
MICHAEL BARNES (State Bar No. 121314)
BONNIE LAU (State Bar No. 246188)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: steven.frankel@snrdenton.com
         michael.barnes@snrdenton.com
         bonnie.lau@snrdenton.com

Attorneys for Defendants
AVIVA LIFE AND ANNUITY COMPANY and
INDIANAPOLIS LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER, DANIEL FISCHER, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIVA LIFE AND ANNUITY COMPANY, INDIANAPOLIS LIFE INSURANCE COMPANY, LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES, DOES 1-100,<br><br>Defendants. | Case No. 2:10-cv-01693-KJM-EFB<br><br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 144(a) TO MODIFY SCHEDULING ORDER** |

Pursuant to Eastern District Civil Local Rule 144(a), plaintiffs Donald Fischer, Dorothy Fischer, Darren Fischer, Daniel Fischer ("Plaintiffs"), defendant Aviva Life and Annuity Company ("Aviva"), and defendant Legacy Marketing Group, Inc. d/b/a/ Legacy Marketing Insurance Services ("Legacy") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request the Court to approve the following modifications to the Court's November 22, 2010 Scheduling Order.

There have been no previous stipulated modifications to the Court's Scheduling Order. This Court previously rescheduled the December 5, 2011 class certification hearing date to December 14, 2011 at 10:00 a.m.

|  | Original Deadline | Proposed Deadline |
|---|---|---|
| Non-expert class certification discovery deadline | April 11, 2011 | July 8, 2011 |
| Plaintiffs' expert disclosure | May 9, 2011 | July 29, 2011 |
| Defendants' expert disclosure | July 11, 2011 | August 29, 2011 |
| Expert class certification discovery deadline | September 12, 2011 | September 30, 2011 |
| Motion for class certification | October 11, 2011 | October 25, 2011 |
| Opposition | November 7, 2011 | November 21, 2011 |
| Reply | November 21, 2011 | December 5, 2011 |
| Class certification hearing | December 14, 2011 | December 21, 2011 |

IT IS SO STIPULATED.

Dated:  February 17, 2011                KERSHAW, CUTTER & RATINOFF, LLP


By:  _____/s/ John R. Parker_____
           JOHN R. PARKER

Attorneys for Plaintiffs

SNR DENTON US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

Dated:  February 17, 2011						SNR DENTON US LLP


						By:	/s/ Bonnie Lau
							BONNIE LAU

						Attorneys for Defendants
						AVIVA LIFE AND ANNUITY COMPANY and
						INDIANAPOLIS LIFE INSURANCE COMPANY


Dated:  February 17, 2011						STOKES LAZARUS & CARMICHAEL LLP


						By:	/s/ Rachel A. Humphrey
							RACHEL A. HUMPHREY
							(admitted *pro hac vice*)

						Attorneys for Defendant
						LEGACY MARKETING GROUP


	IT IS SO ORDERED.

Dated:  February 22, 2011.

						_____
						UNITED STATES DISTRICT JUDGE

27363218