William A. Kershaw, State Bar No. 057486
Eric J. Ratinoff, State Bar No. 166204
John R. Parker, Jr. State Bar No. 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
Facsimile:   (916) 669-4499

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER, and DANIEL FISCHER,<br><br>         Plaintiffs,<br><br>vs.<br><br>AVIVA LIFE AND ANNUITY COMPANY, INDIANAPOLIS LIFE INSURANCE COMPANY, LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES, DOES 1- 100,<br><br>         Defendants. | Case No.: 2:10-cv-01693-KJM-EFB<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES**<br><br><br>Judge: Hon. Kimberly J. Mueller |

Plaintiffs DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER and DANIEL FISCHER, Defendant LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES, and Defendants AVIVA LIFE AND ANNUITY COMPANY, and INDIANAPOLIS LIFE INSURANCE COMPANY file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.      WHEREAS, Plaintiffs DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER and DANIEL FISCHER ("Plaintiffs"), filed this purported class action in State court

-1-

on or about April 12, 2010;

2. WHEREAS, Defendant AVIVA LIFE AND ANNUITY COMPANY removed the action to federal court on July 1, 2010;

3. WHEREAS, since filing the complaint, Defendant LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES ("Defendant Legacy") has provided the Plaintiffs with evidence pursuant to Plaintiff's discovery requests and Rule 26(a) that was unavailable to the Plaintiffs prior to the filing of the complaint;

4. WHEREAS, that the evidence provided by Defendant Legacy since the complaint was filed indicates that, at this time, there is insufficient evidence for Plaintiffs to prosecute their claims against Defendant Legacy;

5. WHEREAS, this Stipulation for Dismissal was the product of arms' length discussions between counsel through a series of conference calls and correspondence;

6. WHEREAS, by this Stipulation the Plaintiffs have agreed to resolve all of their claims against Defendant Legacy in this action by voluntarily dismissing Defendant Legacy without prejudice.

7. WHEREAS, Plaintiffs and LEGACY MARKETING INSURANCE SERVICES agree to bear their own costs to date as between the two parties in connection with Plaintiffs' claims against LEGACY MARKETING INSURANCE SERVICES and LEGACY MARKETING INSURANCE SERVICES' defense of those claims.

THEREFORE, the Plaintiffs, Defendant Legacy, AVIVA LIFE AND ANNUITY COMPANY, and INDIANAPOLIS LIFE INSURANCE COMPANY agree that:

1. Plaintiffs' Complaint is dismissed without prejudice as to Defendant Legacy; and
2. No notice of dismissal is required to the putative class.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: March 1, 2011. | KERSHAW, CUTTER & RATINOFF, LLP |
| 2 | | |
| 3 | | By: */s/ John R. Parker, Jr.* |
| 4 | | JOHN R. PARKER, Jr. |
| | | 401 Watt Avenue |
| 5 | | Sacramento, CA 95864 |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | Dated: March 1, 2011. | STOKES LAZARUS & CARMICHAEL LLP |
| 8 | | |
| 9 | | By: */s/ Michael J. Ernst* |
| 10 | | MICHAEL J. ERNST, *Adm.Pro Hac Vice* |
| | | 80 Peachtree Park Drive |
| 11 | | Atlanta, GA  30309 |
| 12 | | *Attorneys for Defendant* |
| | | LEGACY  MARKETING GROUP, INC. |
| 13 | | d/b/a LEGACY MARKETING |
| | | INSURANCE SERVICES |
| 14 | | |
| 15 | Dated: March 1, 2011 | SNR DENTON US LLP |
| 16 | | By: */s/ Bonnie Lau* |
| 17 | | BONNIE LAU |
| | | 525 Market Street, 26th Floor |
| 18 | | San Francisco, CA  94105 |
| 19 | | *Attorneys for Defendants* |
| 20 | | AVIVA LIFE AND ANNUITY |
| | | COMPANY and INDIANAPOLIS LIFE |
| 21 | | INSURANCE COMPANY |

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: March 4, 2011.

_____
UNITED STATES DISTRICT JUDGE