STEVEN H. FRANKEL (State Bar No. 171919)
MICHAEL BARNES (State Bar No. 121314)
BONNIE LAU (State Bar No. 246188)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: steven.frankel@snrdenton.com
michael.barnes@snrdenton.com
bonnie.lau@snrdenton.com

Attorneys for Defendants
AVIVA LIFE AND ANNUITY COMPANY and
INDIANAPOLIS LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DONALD FISCHER, DOROTHY FISCHER, DARREN FISCHER, DANIEL FISCHER, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVIVA LIFE AND ANNUITY COMPANY, INDIANAPOLIS LIFE INSURANCE COMPANY, LEGACY MARKETING GROUP, INC. d/b/a LEGACY MARKETING INSURANCE SERVICES, DOES 1-100,<br><br>Defendants. | Case No. 2:10-cv-01693-KJM-EFB<br><br>**STIPULATION AND ORDER REGARDING SCOPE OF MARCH 16, 2011 ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL** |

Plaintiffs Donald Fischer, Dorothy Fischer, Darren Fischer, Daniel Fischer ("Plaintiffs") and defendants Aviva Life and Annuity Company ("Aviva") and Indianapolis Life Insurance Company ("Indianapolis Life") (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and request the Court to approve the following stipulation regarding the scope of the Court's March 16, 2011 Order granting in part Plaintiffs' motion to compel (the "Order").

Following receipt of the Order, the parties met and conferred to reach a common understanding as to which individuals Aviva would send the letter attached as Exhibit A to the Order (the "Letter").[1] As a result of those discussions, the parties hereby stipulate and agree as follows:

1. By March 30, 2011, Aviva will send the Letter to the 117 individuals referenced in its removal papers; and

2. By April 29, 2011, Aviva will send the Letter to the Indianapolis Life policy owners who, during the Class Period (six years before the date the original complaint was filed in Sacramento Superior Court on April 12, 2010):

   a. purchased a life insurance policy approved by the California Department of Insurance, or resided in California at the time they purchased their Indianapolis Life policy, or resided in California at the time they received notice of termination of their Indianapolis Life policy from Aviva; and

   b. received notice from Aviva that their Indianapolis Life policy would be terminated, except that Aviva will not be required to send the letter to Indianapolis Life policy owners who received notice of termination and whose policies were terminated because and only because:

      i. the policy owner failed to pay premiums due under the policy; or

      ii. the policy owner elected to convert, surrender, or rescind the policy, and the policy owner was never contacted by Aviva about:

---

[1] Plaintiffs shall bear the duplication and postage costs that Aviva incurs in sending the Letters. Aviva shall bear the costs of determining the individuals to whom it must send the Letters.

      (a)    an amendment to his or her Indianapolis Life policy (except for name change of the issuing company), or

      (b)    the possible conversion or substitution of the Indianapolis Life policy to a new Aviva policy, or

      (c)    Aviva's intent to terminate the Indianapolis Life policy.

IT IS SO STIPULATED.

Dated: March 30, 2011      KERSHAW, CUTTER & RATINOFF, LLP

By: /s/John R. Parker
    JOHN R. PARKER
Attorneys for Plaintiffs

Dated: March 30, 2011      SNR DENTON US LLP

By: /s/Bonnie Lau
    BONNIE LAU
Attorneys for Defendants
AVIVA LIFE AND ANNUITY COMPANY and
INDIANAPOLIS LIFE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: March 31, 2011

Edmund F. Brennan
United States Magistrate Judge

27365325